SCWC-18-0000336

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

CHARLES A. RAPOZO, Respondent/Plaintiff-Appellee,

vs.

EDWARD SARITA, in his individual capacity,
Petitioner/Defendant-Appellant,

and

COUNTY OF KAUA‘I, Respondent/Defendant-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000336; CIVIL NO. 17-1-0136)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of petitioner/defendant-appellant Edward Sarita's, in his individual capacity, application for writ of certiorari, filed on July 6, 2018, and the record,

It is hereby ordered that the application for writ of certiorari is rejected.

DATED: Honolulu, Hawai‘i, August 13, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

